**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

---

**THOMAS G. HOULAHAN,**

**Plaintiff,**

**v.**

**WORLD WIDE ASSOCIATION OF SPECIALTY**
**PROGRAMS AND SCHOOLS, a Corporation;**
**FREEMAN WALL AIELLO, a Partnership;**
**KENNETH KAY, an individual; JAMES WALL,**
**an individual; C.S. LANDRE FOUNDATION,**
**a Nonprofit Organization; and LANCE LANDRE,**
**an individual,**

**Defendants.**

**1:04-CV-1161**
**(FJS/AK)**

---

| APPEARANCES | OF COUNSEL |
|---|---|
| **THOMAS G. HOULAHAN**<br>Washington, D.C. 20016<br>Plaintiff *pro se* | |
| **JORDAN, COYNE & SAVITS LLP**<br>1100 Connecticut Avenue NW<br>Suite 600<br>Washington, DC 20016<br>Attorneys for Defendants World Wide<br>Association of Specialty Programs and<br>Schools and Kenneth Kay | **JOHN TREMAIN MAY, ESQ.**<br>**PADRAIC K. KEANE, ESQ.** |
| **HOGAN & HEALD**<br>11130 Fairfax Boulevard<br>Suite 310<br>Fairfax, Virginia 22030<br>Attorneys for Defendants Freeman<br>Wall Aiello and James Wall | **ROGER W. HEALD, ESQ.** |

**SCULLIN, Senior Judge**

**ORDER**

On December 30, 2011, Plaintiff and Defendants World Wide Association of Specialty Programs and Schools and Kenneth Kay (collectively "the World Wide Defendants") filed a joint motion to dismiss, with prejudice, Plaintiffs' claims against the World Wide Defendants pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure because Plaintiff and the World Wide Defendants had reached an agreement to resolve all of Plaintiff's claims against the World Wide Defendants. *See* Dkt. No. 148. Furthermore, Plaintiff and the World Wide Defendants moved to have the Court deny as moot all pending motions between Plaintiff and the World Wide Defendants, including Plaintiff's motion for sanctions, if the Court granted their joint motion to dismiss Plaintiff's claims against the World Wide Defendants. *See id.*

After reviewing the entire record in this matter, the parties' submissions, and the applicable law, the Court hereby

**ORDERS** that the joint motion of Plaintiff and the World Wide Defendants to dismiss, **with prejudice**, all of Plaintiff's claims against Defendant World Wide Association of Specialty Programs and Schools and Defendant Kenneth Kay is **GRANTED**;[1] and the Court further

---

[1] The Court notes that, as a result of the dismissal of Plaintiff's claims against the World Wide Defendants, the only remaining claims in this action are Plaintiff's fourth and fifth causes of action for libel against Defendants James Wall and Freeman Wall Aiello. The Court will contact the parties in the near future to set a date for a status conference to discuss the remaining claims.

**ORDERS** that all of the pending motions between Plaintiff and Defendant World Wide Association of Specialty Programs and Schools and Defendant Kenneth Kay are **DENIED as moot**.

**IT IS SO ORDERED.**

Dated: December 30, 2011
      Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge